800

■ NORTH AMERICAN PAPER PROCESS CO., INC., Appellant, v. INTERCONTINENTAL PAPER PROCESS COMPANY, Respondent and Third-Party Plaintiff. ALEXANDER T. HUSSEY, Third-Party Defendant.— Appeal from order entered September 16, 1955, unanimously dismissed. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ BRANDEIS YOUTH FOUNDATION, INC., Respondent, v. BENSONHURST NATIONAL BANK OF BROOKLYN IN NEW YORK, Appellant and Third-Party Plaintiff-Respondent. FEDERAL RESERVE BANK OF NEW YORK, Third-Party Defendant-Appellant. BRANDEIS YOUTH FOUNDATION, INC., Respondent, v. CHEMICAL BANK & TRUST CO., Appellant.— Judgment and order unanimously modified so as to credit the defendants with the $2,000 principal payment made by Frank to Longino and, as so modified, affirmed. On this record the modification now directed is justified. Settle order on notice. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ DAPHNE O'NEIL et al., Appellants, v. ADIRONDACK TRANSIT LINES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ In the Matter of the Estate of MARIA DI MURO, Deceased. HELEN PATIERNO, Appellant; JERRY PATIERNO, as Administrator of the Estate of MARIA DI MURO, Deceased, Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ VINCENT TOULLIER, Appellant, v. ISTHMIAN STEAMSHIP COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin and Cox, JJ.

■ HENRY BALCAZAR, Respondent, v. JOSE AMETLLER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES MOONEY, Appellant.— Judgment unanimously reversed and the information dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ In the Matter of TISHMAN REALTY & CONSTRUCTION CO., INC., Respondent, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and HARRY N. ABRAMS et al., on Behalf of the Tenants' Committee of 33 East 70th Street, Intervenors-Appellants. In the Matter of HARRY N. ABRAMS et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [See post, p. 872.]

■ In the Matter of the Arbitration between JOSEPH SIMONS, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, Appellant, and AMERICAN NEWS COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ CITY BANK FARMERS TRUST COMPANY, as Trustee under Indenture of Trust Made by WILLIAM W. ASTOR, Respondent, v. HARRY COHEN et al., Individually and as Copartners Doing Business as CHELSEA DESK COMPANY, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin and Cox, JJ. [See post, p. 872.]

■ RUTH H. GOTTESMAN, as Administratrix D. B. N. of the Estate of MAX HELLMAN, Deceased, Appellant, v. PHYL REALTY CORPORATION et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.